IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. HUNT,

    Plaintiff,                                      No. CIV S-07-2606 FCD GGH PS

    vs.

WOLPOFF & ABRAMSON LLP,                        ORDER

    Defendant.

_____/

        On December 4, 2007, plaintiff filed a complaint but did not pay the fee required to file an action in this court, or an application to proceed in forma pauperis without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty (20) days from the filing date of this order, either a completed application and affidavit to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; should plaintiff fail to comply with this order, the court will recommend that this action be dismissed; and

////

1  2. The Clerk of Court is directed to send plaintiff an Application to Proceed In
2  Forma Pauperis together with service of this order.
3  DATED: 12/21/07                                /s/ Gregory G. Hollows

   GREGORY G. HOLLOWS
   UNITED STATES MAGISTRATE JUDGE

   ggh5:Hunt.2606.ifpfee.

2