IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. HUNT,

    Plaintiff,                                      No. CIV S-07-2606 FCD GGH PS

    vs.

WOLPOFF & ABRAMSON LLP,                    ORDER and

    Defendant.                           FINDINGS AND RECOMMENDATIONS

_____ /

        On December 21, 2007, this court accorded plaintiff twenty days within which to pay the fee required to file an action in this court or submit an application to proceed in forma pauperis without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). This order was served the same day upon plaintiff, and included an Application to Proceed In Forma Pauperis.

        Plaintiff has not responded to the court's order and the time for doing so has passed, indicating that plaintiff has abandoned this case. Although plaintiff served process upon defendant prior to this court's order, and defendant has now filed a responsive motion to dismiss, this action cannot proceed without payment of the filing fee or an order of this court according plaintiff in forma pauperis status.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. Fed. R. Civ. P. 41(b). In addition, IT IS HEREBY ORDERED that the hearing on defendant's

1

1 motion to dismiss, scheduled for March 13, 2008, is vacated.

2       These findings and recommendations are submitted to the United States District
3 Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
4 after being served with these findings and recommendations, plaintiff may file written objections
5 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
6 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
7 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
8 (9th Cir. 1991).

9 DATED: 02/27/08                        /s/ Gregory G. Hollows

10                                       GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

11
12 ggh5:Hunt.2606.f&r